29 So.2d 888

**FIRST EBENEZER BAPTIST CHURCH et al. v. Felix HANEY et al.**

6 Div. 532.

Supreme Court of Alabama.

Feb. 24, 1947.

Appeal from Circuit Court, Jefferson County; E. M. Creel, Judge.

H. L. Anderton, of Birmingham, for appellants.

PER CURIAM.

Appeal dismissed, motion of appellants.

32 So.2d 170

**Jas. H. FORNISS, as Adm'r of Estate of Lula C. Page dec'd. v. Wilson PAGE.**

2 Div. 225.

Supreme Court of Alabama.

May 20, 1947.

Appeal from Probate Court, Perry County; Irby Pope, Judge.

Frank Gordon, of Marion, for appellant.

A. W. Stewart, of Marion, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

32 So.2d 170

**Roy D. GIST v. STATE ex rel. G. V. STOREY et al.**

8 Div. 395.

Supreme Court of Alabama.

June 30, 1947.

Appeal from Circuit Court, Jackson County; W. J. Haralson, Judge.

PER CURIAM.

Appeal dismissed.

32 So.2d 170

**Ex parte Florence McMillan GOODMAN.**

3 Div. 480.

Supreme Court of Alabama.

June 20, 1947.

Rehearing Withdrawn July 31, 1947.

Petition for mandamus to F. W. Hare, as Judge, Circuit Court, Escambia County.

H. L. Anderton, of Birmingham, for petitioner.

Hugh M. Caffey, of Brewton, for respondent.

PER CURIAM.

Rule nisi denied, petition dismissed. All the Justices concur.

29 So.2d 888

**Hamilton GREEN v. Jasper GREEN et al.**

6 Div. 434.

Supreme Court of Alabama.

Nov. 26, 1946.

Appeal from Circuit Court, Marion County; Roy Mayhall, Judge.

PER CURIAM.

Appeal dismissed, want of prosecution.